# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINA ANTHONY ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:24−CV−00965−DAD−AC** |
| **THE RITZ−CARLTON HOTEL COMPANY, L.L.C. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/27/2025 .**

ENTERED:  **March 27, 2025**        /s/  **Keith Holland**
                                        Clerk of Court